```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 23423
   SHERRY N SMITH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-9194


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/21/2004 and was confirmed 09/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV    SECURED           6500.00       1300.62       6500.00
CONSUMER PORTFOLIO SERV    UNSECURED         6110.38           .00        611.04
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED           .00           .00
AAM INC                    UNSECURED       NOT FILED           .00           .00
ALLIANCE ONE               UNSECURED       NOT FILED           .00           .00
AMERICASH LOANS LLC        UNSECURED          334.61           .00         33.46
AMERICAN HEALTH CARE       UNSECURED       NOT FILED           .00           .00
ARCHIE & ACHARYA MD        UNSECURED       NOT FILED           .00           .00
COLUMBUS BANK & TRUST CO   UNSECURED       NOT FILED           .00           .00
AT & T WIRELESS            UNSECURED         1192.44           .00        119.24
CAPITAL ONE BANK           UNSECURED          222.99           .00         22.30
CREDIT PROTECTION ASSOCI   UNSECURED       NOT FILED           .00           .00
MALCOLM S GERALD           UNSECURED       NOT FILED           .00           .00
NEWTON & ASSOC             UNSECURED       NOT FILED           .00           .00
PRIMARY FINANCIAL SERVIC   UNSECURED       NOT FILED           .00           .00
SOUTHWEST STUDENT LN SVC   UNSECURED         2849.31           .00        284.93
VILLAGE RADIOLOGY          UNSECURED       NOT FILED           .00           .00
WEST SIDE PATHOLOGY ASS    UNSECURED       NOT FILED           .00           .00
WEST SUBURBAN HOSPITAL M   UNSECURED       NOT FILED           .00           .00
WEST SUBURBAN HOSPITAL M   UNSECURED       NOT FILED           .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     210.00            .00        210.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                         737.15
DEBTOR REFUND              REFUND                                          264.51

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 12,783.25

PRIORITY                                    210.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 23423 SHERRY N SMITH
```

```
SECURED                                                             6,500.00
     INTEREST                                                       1,300.62
UNSECURED                                                           1,070.97
ADMINISTRATIVE                                                      2,700.00
TRUSTEE COMPENSATION                                                  737.15
DEBTOR REFUND                                                         264.51
                                          ---------------    ---------------
TOTALS                                          12,783.25          12,783.25
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 01/28/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
         CASE NO. 04 B 23423 SHERRY N SMITH
```